The Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA LIQUIDATION TRUST,<br>Remaining Debtor, | Lead Case No. 24-01863-11<br>(Jointly Administered) |
| BRIAN WEISS, as Liquidation Trustee of the REFRESHING USA, LLC LIQUIDATION TRUST,<br>Plaintiff,<br>v.<br>CITY CAPITAL NY,<br>Defendant. | Adv. Pro. No. 26-80085-FPC<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING** |

On September 1, 2026, a copy of the following documents, described below,

- Complaint to Avoid and Recover Fraudulent Transfers (Dkt No. 1),
- Summons in an Adversary Proceeding (Dkt No. 2), and
- Notice of Scheduling Conference (Dkt No. 3)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed below:



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

City Capital NY LLC
c/o The LLC, Registered Agent
164 20th Street 4E
Brooklyn, NY 11232

City Capital NY LLC
360 Bloomfield Avenue, Suite 301
Windsor, Connecticut 06095

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the parties listed above in the manner shown and prepared the Declaration of Mailing and that it is true and correct to the best of my knowledge, information, and belief.

DATED this 11th day of September, 2026

*s/ Rathana Vannarath*
Rathana Vannarath, Practice Assistant



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# CERTIFICATE OF SERVICE

I certify that on September 11, 2026, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and attorneys of record registered with the CM/ECF system.

*s/ Rathana Vannarath*
Rathana Vannarath, Sr. Practice Assistant



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022